# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANNE ANGLEN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. 1:17-cv-00461-EPG<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO SERVE A CONFIDENTIAL LETTER BRIEF ON DEFENDANT**<br><br>(ECF No. 12) |

On October 4, 2017, the parties filed a stipulation to extend Plaintiff's time to serve her confidential letter brief on Defendant by 19 days. (ECF No. 12.) This is Plaintiff's first request for an extension. Accordingly, based on the stipulation of the parties, Plaintiff's time to serve her confidential letter brief is extended by 19 days, from September 14, 2017 to October 3, 2017.

IT IS SO ORDERED.

Dated: __**October 5, 2017**__        /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE