# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANNE ANGLEN<br><br>Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 1:17-cv-00461-EPG<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Based upon Plaintiff's motion, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 6, 2018, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the April 3, 2017 Case Management Order shall be extended accordingly

IT IS SO ORDERED.

Dated: **December 8, 2017**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

-1-