McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ELIZABETH ANNE ANGLEN, ) | No. 1:17-cv-00461 EPG |
| ) | |
|     Plaintiff, ) | **STIPULATION FOR VOLUNTARY** |
| ) | **REMAND PURSUANT TO SENTENCE** |
|         v. ) | **FOUR OF 42 U.S.C. § 405(g) AND FOR** |
| ) | **ENTRY OF JUDGMENT** |
| NANCY A. BERRYILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between Elizabeth Anne Anglen (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Commissioner will ensure that Plaintiff's claim is

-1-

analyzed under the applicable regulatory requirements.  On remand, the agency will conduct any necessary further proceedings including developing additional evidence and issue a new decision in compliance with the regulations and with evidentiary support for the findings.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE:  February 6, 2018                           Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

/s/ *Elizabeth Firer*  
ELIZABETH FIRER  
Special Assistant United States Attorney

CAROL S. CLARK  
Assistant Regional Counsel, Region IX  
Social Security Administration  
Of Counsel

DATE:  February 6, 2018                           Respectfully submitted,

/s/*Cyrus Safa*  
CYRUS SAFA  
Attorney for Plaintiff  
*per email authorization, February6, 2018

## **ORDER**

Pursuant to sentence four of 42 U.S.C. § 405(g), this case is hereby voluntarily remanded for further administrative proceedings in accordance with the above stipulation of the parties. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 6, 2018**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE