UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANNE ANGLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No.  1:17-cv-00461-EPG<br><br>ORDER FOR PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILING TO COMPLY WITH COURT ORDER<br><br>TWENTY-ONE DAY DEADLINE |

　　　　On September 30, 2020, the Court granted Plaintiff's counsel, Cyus Safa of the Law Offices of Lawrence D. Rohlfing ("Safa"), $2,400 of attorneys' fees pursuant to 42 U.S.C. § 406(b). (ECF No. 25). In its order, the Court noted that Safa did not properly redact Plaintiff's Social Security number in his motion for attorney's fees. (*Id.* at 4-5). The Court sealed those filings and ordered: "Within seven days of the date of this Order, Plaintiff shall re-file such sealed documents, and such filings shall comply with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a)." (*Id.* at 5).

　　　　More than seven days have passed since the Court entered that order, and neither Plaintiff nor Safa has refiled those documents with proper redactions.

///

///

///

Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of this Order, Safa shall show cause why Safa should not be sanctioned for failing to comply with the Court's Order to re-file the sealed documents.

IT IS SO ORDERED.

Dated:   **October 14, 2020**           /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE