1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIZABETH ANNE ANGLEN,                 No.  1:17-cv-00461-EPG

12                  Plaintiff,

13          v.                               ORDER DISCHARGING ORDER TO SHOW
                                             CAUSE
14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                  Defendant.
16

17          In connection with his motion for attorney's fees, Plaintiff's counsel filed several

18    documents containing Plaintiff's full Social-Security number. (ECF Nos. 23-1 & 23-2). When

19    granting his motion for attorney's fees on September 30, 2020, the Court sealed those documents

20    and ordered Plaintiff to re-file them within seven days, with the redactions required by Federal

21    Rule of Civil Procedure 5.2(a) and Local Rule 140(a), each of which require redacting all but the

22    last four digits of any Social-Security number in court filings. (ECF No. 25).

23          Plaintiff's counsel had not filed such documents, so on October 14, 2020, the Court

24    ordered Plaintiff to show cause why he should not be sanctioned for his failure to do so. (ECF No.

25    26).

26          The same date, Plaintiff's counsel responded to the order to show cause and stated he set a

27    reminder for the wrong date. (ECF No. 27). He also filed the documents again, this time redacting

28    Plaintiff's full Social-Security number. (ECF No. 28).

                                                    1

In light of Plaintiff's counsel's explanation and the filing of the documents, the Court will discharge the order to show cause.

However, Plaintiff's filing still does not comply with the Federal and Local Rules. Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a) require redacting all but the last four digits of the numbers. The Court also explained this requirement in its previous orders.

Accordingly, the Court will order Plaintiff's counsel to re-file the two documents with proper redaction.

Accordingly, it is HEREBY ORDERED that:

1.  The Order to Show Cause (ECF No. 26) is HEREBY DISCHARGED; and

2.  Within seven days of the date of this Order, Plaintiff shall re-file the documents at issue (ECF Nos. 23-1 and 23-2) in full compliance with Federal Rule of Civil Procedure 5.2(a) and Local Rule 140(a), redacting all but the last four digits of the social security number.

IT IS SO ORDERED.

Dated:   **October 16, 2020**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2