UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANNE ANGLEN,<br><br>                Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendants. | No.  1:17-cv-00461-EPG<br><br>ORDER DENYING MOTION FOR ATTORNEY FEES AS MOOT<br><br>(ECF No. 30) |

On October 16, 2020, the Court ordered Plaintiff's counsel to re-file aspects of his motion for attorney's fees in a manner that properly redacts Plaintiff's Social-Security number. (ECF No. 29). Plaintiff's counsel did so on October 26, 2020[1] by refiling Plaintiff's motion for attorney's fees. (ECF No. 30). That motion, which appears to be a copy of Plaintiff's earlier motion, (*compare* ECF No. 23 *with* ECF No. 30), was already granted in its earlier form. (*See* ECF No. 25).

Although the Court believes Plaintiff did not intend to seek more attorney's fees, the Court notes that the re-filing was styled as a motion. Therefore, the Court will deny Plaintiff's motion for attorney's fees as moot.

---

[1] This filing was late, as it was due October 23, 2020. This is the second time the Court ordered Plaintiff's counsel to re-file the documents with proper redaction, and it is the second time Plaintiff's counsel was late in so doing. (*See* ECF Nos. 26 (order to show cause for why Plaintiff's counsel should not be sanctioned for failing to comply with earlier order); 29 (discharging order to show cause and ordering Plaintiff to file such documents by October 23, 2020)).

1

In addition, the Court notes that the copy of the order awarding attorney's fees to Plaintiff's counsel (ECF No. 25) that the Court served on Plaintiff by mail has been returned to the Court as undeliverable.

Accordingly, it is HEREBY ORDERED that:

1. Within twenty-one (21) days from the date of this Order, Plaintiff's counsel shall provide the Court with an updated address for Plaintiff; and
2. Plaintiff's motion for attorney's fees (ECF No. 30) is DENIED, AS MOOT.

IT IS SO ORDERED.

Dated: **October 27, 2020**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE