1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH ANNE ANGLEN,              No.  1:17-cv-00461-EPG

12            Plaintiff,                  ORDER FOR PLAINTIFF'S COUNSEL TO
                                          SHOW CAUSE WHY PLAINTIFF'S
13        v.                              COUNSEL SHOULD NOT BE SANCTIONED
                                          FOR FAILING TO COMPLY WITH COURT
14   ANDREW SAUL, Commissioner of Social  ORDER
     Security,
15                                        TWENTY-ONE DAY DEADLINE
              Defendant.
16

17          On October 27, 2020, the Court ordered that "[w]ithin twenty-one (21) days from the date

18   of this Order, Plaintiff's counsel shall provide the Court with an updated address for Plaintiff" so

19   that the clerk of court could mail a copy of the order awarding attorney's fees to Plaintiff's

20   counsel to Plaintiff. (ECF No. 31 at 2). More than twenty-one days have passed, and Plaintiff's

21   counsel, Cyrus Safa ("Safa"), did not file an updated address for Plaintiff.

22          This is the second recent order for Safa to show cause in this case. (*See* ECF Nos 26, 27,

23   29) (order to show cause, response, and order discharging order to show cause).

24   ///

25   ///

26   ///

27   ///

28   ///

                                          1

Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of this Order, Safa shall show cause why Safa should not be sanctioned for failing to comply with the Court's October 27, 2020 Order.

IT IS SO ORDERED.

Dated:   **November 18, 2020**            /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE