UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANNE ANGLEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:17-cv-00461-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

    On November 18, 2020, the Court ordered Plaintiff's counsel, Cyrus Safa, to show cause why he should not be sanctioned for failing to comply with a court order. (ECF No. 32).

    As background, on August 26, 2020, Safa filed a motion for attorney's fees. (ECF No. 23). However, Safa failed to redact the last four digits of Plaintiff's Social-Security number in some of the exhibits, in violation of Federal Rules of Civil Procedure and this district's local rules. On September 30, 2020, the Court granted the motion for attorney's fees, sealed the offending exhibits, and ordered Safa to re-file with proper redaction within fourteen days. (ECF No. 25). The clerk of court sent a copy of the order granting the motion for attorney's fees by mail to the address the Court had for Plaintiff.

    After Safa did not re-file the exhibits, on October 14, 2020, the Court ordered Safa to show cause why he should not be sanctioned for failing to comply with its September 30, 2020 order. (ECF No. 26).

Safa responded, apologized, and explained he placed the wrong date in the calendar. (ECF No. 27). He also refiled the exhibits. (ECF No. 28). However, the redaction was still not in compliance with the local rules or Federal Rules, so the Court discharged the order to show cause and ordered Safa to refile the exhibits again with proper redactions. (ECF No. 29). Safa did so. (ECF No. 30).

However, by this time, the mail the clerk sent to Plaintiff had been returned as undeliverable. Therefore, on October 27, 2020, the Court ordered Safa to file a notice updating Plaintiff's address within twenty-one days. (ECF No. 31). Safa failed to do so. The Court ordered Safa to show cause why he should not be sanctioned for failing to comply with the most recent court order. Plaintiff has since apologized and provided an updated address. (ECF Nos. 33-34).[1]

This timeline of events is troubling.  Mr. Safa is obligated to comply with the rules in this Court.  Mr. Safa's failure to do so, even after repeated admonitions by this Court, is disrespectful to this Court as well as to Mr. Safa's clients who are protected by these rules.

Nevertheless, in light of counsel's response, the Court discharges the November 18, 2020 order to show cause.

Counsel is warned, however, that continued failures to comply with Court orders may result in sanctions.

IT IS SO ORDERED.

Dated: **December 23, 2020**              /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel's response indicated his assistant had become ill with COVID-19. The Court wishes counsel's assistant a speedy recovery.